**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **KRIS MICHAEL LEWIS TURNBULL #1692158** | § § § | |
| **V.** | § § | **W-23-CA-101-ADA** |
| **BRYAN COLLIER, et al.** | § § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which granted Defendants' Motions to Dismiss the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is hereby **ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FINALLY ORDERED** that the above entitled cause of action is hereby **CLOSED**.

**SIGNED** on February 23, 2024

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE